UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT CANNON, Individually and as the Personal Representative of the Estate of Blaise Cannon,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.,<br><br>Defendant. | No. 1:23-cv-10950-DJC |

**JOINT MOTION CONTINUE HEARING DATE**

Now come the Parties and respectfully request a continuance of the hearing on Defendant's Motion to Dismiss, which is scheduled before the Honorable Denise J. Casper for an in-person hearing at 11:00 a.m., on July 26, 2023, in Courtroom 11. In support thereof, the Parties submit that counsel for both parties have previously scheduled engagements on the selected hearing date. After communicating with the Clerk, the Parties request a new hearing date of August 2, 2023. The Parties are also available for a virtual hearing.

Dated:  June 9, 2023                                        Respectfully Submitted,

                                                            /s/ Brooks R. Magratten
                                                            Brooks R. Magratten (BBO# 650393)
                                                            Pierce Atwood, LLP
                                                            One Citizens Plaza, 10th Floor
                                                            Providence, RI  02903
                                                            (401) 490-3422
                                                            (401) 588-5166 (fax)
                                                            bmagratten@pierceatwood.com

                                                            *Attorneys for Defendant BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.*

#16115931v1

/s/ Heather M. Bonnet-Hebert
Heather M. Bonnet-Hebert, Esq.
(BBO#660534)
Feincold Bonnet-Hebert, P.C.
700 Pleasant St., Suite 520
New Bedford, MA 02740

*Attorney for Plaintiff SCOTT CANNON, Individually and as the Personal Representative of the Estate of Blaise Cannon*

### CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on June 13, 2023, and that it is available for viewing and downloading from the Court's ECF system. Service by first class mail, postage prepaid, has been effectuated on counsel of record:

Heather M. Bonnet-Hebert, Esq.
Feincold Bonnet-Hebert, P.C.
700 Pleasant St., Suite 520
New Bedford, MA 02740

Louis C. Schneider
Thomas Law Offices, PLLC
250 East Fifth Street, Suite 440
Cincinnati, OH 45202

/s/ Brooks R. Magratten

#16115931v1