UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT CANNON, Individually and as the Personal Representative of the Estate of Blaise Cannon,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.,<br><br>　　　　Defendant. | No. 1:23-cv-10950 |

**DEFENDANT'S MOTION TO WITHDRAW RULE 37(a) MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFF**

　　Defendant, Blue Cross and Blue Shield of Massachusetts, Inc. hereby withdraws its Motion to Compel Discovery Responses from Plaintiff (Docket No. 31).

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Brooks R. Magratten*
　　　　　　　　　　　　　　　　　　　　Brooks R. Magratten, Esq., (BBO# 650393)
　　　　　　　　　　　　　　　　　　　　Stanley F. Pupecki, Esq., (BBO #655842)
　　　　　　　　　　　　　　　　　　　　PIERCE ATWOOD LLP
　　　　　　　　　　　　　　　　　　　　One Citizens Plaza, 10th Floor
　　　　　　　　　　　　　　　　　　　　Providence, RI  02903
　　　　　　　　　　　　　　　　　　　　(401) 490-3422
　　　　　　　　　　　　　　　　　　　　(401) 588-5166 (fax)
　　　　　　　　　　　　　　　　　　　　bmagratten@pierceatwood.com
　　　　　　　　　　　　　　　　　　　　spupecki@pierceatwood.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Blue Cross*
　　　　　　　　　　　　　　　　　　　　*Blue Shield of Massachusetts, Inc.*

Date:  January 22, 2024

#16801205v1

## CERTIFICATE OF SERVICE

      I certify that the within document was electronically filed with the clerk of the court on January 22, 2024, and that it is available for viewing and downloading from the Court's ECF system. Service by first class mail, postage prepaid, has been effectuated on counsel of record:

Heather M. Bonnet-Hebert, Esq.
Feincold Bonnet-Hebert, P.C.
700 Pleasant St., Suite 520
New Bedford, MA 02740

Louis C. Schneider
Thomas Law Offices, PLLC
250 East Fifth Street, Suite 440
Cincinnati, OH 45202

                                                   */s/ Brooks R. Magratten*

15461476.2
#16801205v1